UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION N.A., dba CALIFORNIA BANK & TRUST, a Utah Corporation,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>RMS CLOUD NORTH AMERICA, LLC, a Delaware limited liability company; RMS NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants-in-Interpleader. | Case No.: 24-cv-02275-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE**<br><br>**(Doc. No. 33)** |
| RMS CLOUD NORTH AMERICA, LLC,<br><br>Defendant and Counterclaim and Third-Party Claim Plaintiff,<br><br>v.<br><br>RMS NA, INC., REZA PAYDAR and ZIONS BANCORPORATION N.A., dba CALIFORNIA BANK & TRUST,<br><br>Counterclaim and Third-Party Defendants. | |

1

On June 20, 2025, Plaintiff-in-Interpleader and Counterclaim Defendant, Zions Bancorporation N.A., dba California Bank & Trust ("CB&T"), Defendant-in-Interpleader and Third-Party Plaintiff, RMS Cloud North America, LLC ("RMS Cloud"), and Third-Party Defendants RMS NA, Inc. ("RMS NA"), and Reza Paydar ("Paydar") (collectively, "the Parties"), filed a Joint Stipulation and Motion to Revise Briefing Schedule on CB&T's Motion to Deposit Funds and for Judgment in Interpleader ("Joint Motion"). (Doc. No. 33.) For good cause shown, the Parties' Joint Motion is **GRANTED**.

The deadline for RMS Cloud, RMA NA, and Paydar to respond to CB&T's Motion to Deposit Funds and for Judgment in Interpleader is now **July 23, 2025**. The deadline for CB&T's reply brief in support of its motion is now **July 30, 2025**.

**IT IS SO ORDERED.**

Dated: July 10, 2025

Hon. Anthony J. Battaglia
United States District Judge