UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION N.A., dba CALIFORNIA BANK & TRUST, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>RMS CLOUD NORTH AMERICA, LLC, a Delaware limited liability company; RMS NORTH AMERICA, LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | Case No.: 24-cv-2275-AJB-MMP<br><br>**ORDER REGARDING JOINT MOTION RESOLVING INTERPLEADER CLAIM**<br><br>**(Doc. No. 39)** |

On August 1, 2025, Plaintiff-in-Interpleader and Counterclaim Defendant, Zions Bancorporation N.A., dba California Bank & Trust ("CB&T"), Defendant-in-Interpleader and Counterclaim and Third Party Plaintiff, RMS Cloud North America, LLC ("RMS Cloud"), and Third Party Defendants, Reza Paydar and RMS NA, Inc. ("RMS Inc.") (CB&T, RMS Inc., RMS Cloud, and Mr. Paydar, collectively, the "Parties") filed their Joint Motion and Stipulation Following July 10, 2025 Early Neutral Evaluation Conference re: Resolution of Interpleader Claim ("Joint Motion"). (Doc. No. 39.)

///

Having considered the Parties' Joint Motion and good cause appearing, **IT IS HEREBY ORDERED**:

1. CB&T will deposit the funds in the two deposit accounts RMS North America, LLC ("RMS NA") maintains at CB&T, Account Nos. XXX-4531 and XXX-6603, with the Court clerk. CB&T will withhold $17,500 from the deposited amount.

2. Upon the Court's receipt of the interpled funds, CB&T will be discharged from this litigation pursuant to 28 U.S.C. §§ 1335 and 2361 and its Motion to Deposit Funds and For Judgment in Interpleader (ECF 25) will be deemed withdrawn.

3. RMS Cloud's Counterclaim against CB&T (ECF 11) is dismissed with prejudice.

4. RMS Cloud's remaining claims against RMS NA, Inc. and Reza Paydar will remain stayed pursuant to the Court's July 14, 2025 Order (ECF 38).

**IT IS SO ORDERED.**

Dated: August 4, 2025

Hon. Anthony J. Battaglia
United States District Judge